IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JIMMIE SIMPSON**                                                                                       **PETITIONER**

v.                                        No. 3:12-cv-33-DPM–JTR

**MIKE ALLEN, Sheriff, Crittenden County**
**Detention Facility**                                                                                **RESPONDENT**

## ORDER

The Court has reviewed Magistrate Judge J. Thomas Ray's recommendation that Simpson's habeas petition be dismissed, *Document No. 9*, and Simpson's objections. *Document No. 12*. On *de novo* review, the Court adopts Judge Ray's recommendation in full. Simpson's petition for a writ of habeas corpus is dismissed without prejudice. His motion for discovery and other relief, *Document No. 11*, is denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

  30 April 2012