IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JIMMIE SIMPSON**                                                                    **PETITIONER**

v.                              No. 3:12-cv-33-DPM

**MIKE ALLEN, Sheriff, Crittenden County
Detention Facility**                                                                  **RESPONDENT**

## JUDGMENT

Simpson's petition for a writ of habeas corpus is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

  30 April 2012